## JOHN MYERS

*v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

*Opinion filed April 17, 1900.*

This case is controlled by the decision in *Ruhstrat* v. *People,* (*ante,* p. 133,) holding the Flag law of 1899 to be unconstitutional.

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. A. N. WATERMAN, Judge, presiding.

JOHN MAYO PALMER, and ROBERTSON PALMER, for plaintiff in error.

CHARLES S. DENEEN, State's Attorney, and F. L. BARNETT, for the People.

Per CURIAM: The question involved in this case is the same as the question decided in the case of *Ruhstrat* v. *People,* (*ante,* p. 133,) to-wit: the constitutionality of the act of April 22, 1899, entitled "An act to prohibit the use of the national flag or emblem for any commercial purposes or as an advertising medium." The decision in the *Ruhstrat case* governs and controls the decision of this case.

Accordingly, the judgment of the criminal court of Cook county is reversed, and the cause is remanded to that court with directions to proceed in accordance with the views set forth in the case of *Ruhstrat* v. *People, supra.*

*Reversed and remanded.*